IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

FREDDIE BURRELL                                                                                   PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 2:05CV73-KS-JMR

RONALD KING, ET AL                                                                            DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Proposed Findings of Fact and Recommendations of the United States Magistrate Judge John M. Roper entered herein on February 7, 2006, and the Court, after a full review of the record, having adopted said Proposed Findings of Fact and Recommendations as the finding of this Court, finds that this matter should be dismissed with prejudice.

**The plaintiff is hereby notified that, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, he has the right to appeal this Order to the United States Court of Appeals for the Fifth Circuit within thirty (30) days of the entry of the final judgment in this matter.**

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same hereby is, dismissed with prejudice.

SO ORDERED AND ADJUDGED this the 13th March, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE